# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| MILFORD GEORGE COOPER,<br>    Plaintiff,<br><br>v.<br><br><br>JEFFERY R. EDWARDS, Attorney,<br>ROY COOPER, N.C. Attorney General,<br>JP MORGAN CHASE BANK, and<br>LAW FIRM OF BROCK & SCOTT, LLC,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-711-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Plaintiff's Application to Proceed *In Forma Pauperis* is ALLOWED and the Complaint is DISMISSED as frivolous. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**DECEMBER 5, 2013**</u> WITH A COPY TO:

Milford George Cooper, Pro Se (Via USPS to 713 Fitzgerald Drive, Raleigh, NC 27610)

<u>December 5, 2013</u>                                               JULIE A. RICHARDS, Clerk
Date                                                          Eastern District of North Carolina

                                                                                   <u>/s/ Debby Sawyer</u>
                                                                                   (By) Deputy Clerk

Raleigh, North Carolina